# United States District Court
# For The Western District of North Carolina
# Statesville Division

THERESA L. SHOOK,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                   CASE NO. 5:08CV148

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2010, Order.

                                              Signed: November 19, 2010

                                              *[signature]*

                                              Frank G. Johns, Clerk
                                              United States District Court